# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY,<br><br>      Plaintiff(s),<br><br>v.<br><br>CITY ATTORNEY'S OFFICE OF NORTH LAS VEGAS, et al.,<br><br>      Defendant(s). | 2:13-CV-343 JCM (CWH) |

### ORDER

Presently before the court is pro se plaintiff's motion for default judgment. (Doc. # 6).

Plaintiff argues that the state defendants failed to timely file an answer to plaintiff's complaint. (Doc. # 6). State defendants have since filed an answer (doc. # 7), and the court recognizes the preference for deciding cases on the merits. The court finds good cause to deny the motion and permit the action to proceed to its merits.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for default judgment (doc. # 6) be, and the same hereby, is DENIED.

DATED March 27, 2013.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**