# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY,<br><br>        Plaintiff(s),<br><br>v.<br><br>CITY ATTORNEY'S OFFICE OF<br>NORTH LAS VEGAS, et al.,<br><br>        Defendant(s). | 2:13-CV-343 JCM (CWH) |

## ORDER

Presently before the court is pro se prisoner plaintiff's motion for default judgment. (Doc. # 11).

Plaintiff moves for default judgment pursuant to Federal Rule of Civil Procedure 55. Plaintiff does not state which defendant he seeks default against or why default is appropriate. Plaintiff states that he "demand[s] judgment . . . unless, the court can demonstrate through the [Ninth] Circuit Court of Appeals case law or this court's case law, that default is non-existence (sic)." (Doc. # 11).

The court finds no reason to grant default. Every defendant has appeared in this case and answered the complaint. The motion is denied.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, DECREED that plaintiff's motion for default

3  judgment (doc. # 11) be, and the same hereby, is DENIED.

4  DATED June 11, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -